**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN MASONS HEALTH CARE FUND, et al.**

**Plaintiffs,**

v.                                                                 Case No.   19-cv-131

**SID'S SEALANTS, LLC**

**Defendant.**

---

### ORDER FOR DISMISSAL

---

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that this action in its entirety, and all claims contained therein, is dismissed with prejudice and without costs or attorney fees to either party.

Dated this _29th_ day of _JANUARY_ , 2020.

**BY THE COURT:**

_[signature]_

U.S. District Court Judge Presiding